# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 24, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-10889   Dondero v. Highland Captl Mgmt
                  USDC No. 3:21-CV-1590

The court has granted an extension of time to and including March 24, 2023 for filing a reply brief in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Lisa E. Ferrara, Deputy Clerk
                          504-310-7675

Mr. Zachery Z. Annable
Mr. Joseph Carl Cecere Jr.
Mr. Gregory Vincent Demo
Mr. Roy Theodore Englert Jr.
Ms. Shikha Garg
Ms. Melissa Sue Hayward
Mr. Jeffrey Scott Levinger
Mr. Matthew Michael Madden
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Ms. Hayley R. Winograd