# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 05, 2023

No. 22-10889   Dondero v. Highland Captl Mgmt
USDC No. 3:21-CV-1590

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1

**We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

The covers of your documents must be the following colors: Appellant brief must be blue. Appellee brief must be red. Appellant reply brief must be gray. Record excerpts must be white.

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
P. Trice, Deputy Clerk
504-310-7633

Mr. Zachery Z. Annable
Mr. Joseph Carl Cecere Jr.

Mr. Gregory Vincent Demo
Mr. Roy Theodore Englert Jr.

Ms. Shikha Garg
Ms. Melissa Sue Hayward
Mr. Jeffrey Scott Levinger
Mr. Matthew Michael Madden
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Ms. Hayley R. Winograd